ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
NATHANIEL T. COLLINS, ESQ.
Nevada Bar No. 15027
KOELLER NEBEKER CARLSON
& HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Nathaniel.collins@knchlaw.com*
Attorneys for Defendant,
LIBERTY INSURANCE CORPORATION
*erroneously sued as* LIBERTY MUTUAL INSURANCE
and LIBERTY MUTUAL INSURANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE CARTER, an individual; and DAVID BIANCO, an individual<br><br>                Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE, a foreign entity, LIBERTY INSURANCE CORPORATION, a foreign corporation, DOES I –X, ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | **CASE NO.: 2:19-cv-01779-APG-BNW**<br><br>**STIPULATION AND ORDER FOR NINETY (90) DAY EXTENSION OF DATES WITHIN SCHEDULING ORDER**<br><br>**[SECOND REQUEST]** |

**COME NOW**, Defendant, LIBERTY INSURANCE CORPORATION *erroneously sued as* LIBERTY MUTUAL INSURANCE and LIBERTY MUTUAL INSURANCE CORPORATION (hereinafter also referred to as "Liberty Mutual" or "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, DARLENE CARTER and DAVID BIANCO (hereinafter "Plaintiffs"), by and through their attorneys of record, Steven Mack, Esq., of GIBBS GIDEN and hereby submit this joint stipulated request to extend the time for the remaining discovery deadlines by ninety (90) days.

As an initial matter, the parties specifically note for the Court the instant request to extend time and discovery is in direct response to impacts upon witness availability and

advisability of travel and meetings due to efforts to avoid and contain the spread and contraction of COVID-19. In particular, personnel for Defendant have been specifically directed to not travel and to avoid participation in meetings and depositions with others, and travel and in-person conferences for witnesses and attorneys has generally been advised against by the Center for Disease Control and the Court's Temporary General Order 2020-03. To accommodate these issues in the interest of health and safety, the parties have agreed herein to request extension of time and discovery for this matter for ninety (90) days.

**A. Statement of Completed Discovery.**

The parties have performed initial disclosures of witnesses and documents as well as supplemental disclosures of documents that were obtained via subpoenas to non-parties. The Defendant served subpoenas for records from the Custodian of Records for non-parties Affordable Home Services d/b/a D Best Plumbing, Belfor USA, City of Las Vegas Department of Building & Safety, DALLASWHITE Corporation, Desert Home Electric, Eco Electric, FieldAware, Innovation Group, Nevada Contractors Board, TLC Roof Services, and Williams Electric. Of the non-parties served with subpoenas, Affordable Home Services d/b/a D Best Plumbing, Belfor USA, City of Las Vegas Department of Building and Safety, DALLASWHITE Corporation, Desert Home Electric, Eco Electric, FieldAware, Innovation Group, TLC Roof Services, and Williams Electric have responded and provided documents. The parties subject to subpoenas requested extensions of time to respond to provide documents, resulting in delayed receipt of materials. All of the documents received in response to subpoenas have been produced to Plaintiffs.

Plaintiffs also served interrogatories and requests for production of documents, and responses have been served. Plaintiffs and Defendant have also retained litigation consultants, and analysis in that regard is underway, but completion of those reports are subject to additional discovery and depositions. Plaintiffs have also requested the depositions of Liberty Insurance Corporation's representative and August Nardoni, Matt Degelormo, Casey Ghobrial, Wanda Chambers, Michael Diaz, Tyler Hollingsworth, Billy Goold, and Jason Mercer, which were set and scheduled, but were postponed due to the travel restriction and COVID-19 virus

issues. Further, Plaintiff was in the process of having subpoenas issued for multiple other witnesses, that were put on hold as a result of the COVID-19 virus issues.

**B. Statement of Discovery that Remains to be Completed.**

Depositions of Plaintiffs and litigation consultants are anticipated. Entities involved with the observation, evaluation, restoration, and repair cost estimates may be deposed, although the number of such depositions may be reduced by the outcome of expert consulting and opinions. Plaintiffs have also requested the depositions and had previously scheduled of Liberty Insurance Corporation's representative and August Nardoni, Matt Degelormo, Casey Ghobrial, Wanda Chambers, Michael Diaz, Tyler Hollingsworth, Billy Goold, and Jason Mercer.

Plaintiffs also anticipate deposition of party affiliates, including representative of Innovation Group and the Nevada State Contractor's Board as well as any experts retained by Defendant. As discussed below, the extension requested herein is due to Defendant imposing travel and meeting/deposition restrictions through April 30, 2020, and in response to the additional guidance of the Centers for Disease Control and the Court's guidance to similarly limit travel and meetings to enhance efforts to avoid spread and contraction of COVID-19, and the additional time is advisable and requested to accommodate the related impact upon scheduling of consulting and depositions for the foregoing witnesses.

**C. Statement Supporting the Necessity of Extending Dates within the Scheduling Order.**

The extension of time is requested to accommodate both parties' adherence to guidance of the Center for Disease Control and the Court for implementation of restrictions to avoid spread and contraction of spread of COVID-19. The extension is also specifically necessary to accommodate rescheduling of depositions and discovery previously scheduled by Plaintiffs. In particular, Plaintiffs scheduled depositions to commence as imminently as this week for Liberty Insurance Corporation's representative and August Nardoni, Matt Degelormo, Casey Ghobrial, Wanda Chambers, Michael Diaz, Tyler Hollingsworth, Billy Goold, and Jason Mercer, and the next several weeks as to other multiple other witnesses These depositions need to be delayed and rescheduled for the above-referenced health and safety reasons which also

underlie the travel and meeting/deposition restrictions Defendant imposed for personnel through April 30, 2020. The additional time the parties jointly request herein is intended to accommodate the anticipated delay, but the parties nonetheless also note they are aware of some potential that additional delays and resulting requests for further extensions may precipitate if travel and meeting/deposition restrictions and guidance for avoidance are also extended.

### D. Proposed Revised Schedule

With a ninety (90) day discovery extension of the remaining discovery deadlines, as well as the total time for discovery, the new discovery cut-off date will be **September 7, 2020.** The Parties propose to extend the remaining discovery deadlines in this case by ninety (90) days, and the resulting changes to the scheduling order will result in the following:

<u>Fed R. Civ. Proc. 26(a)(2) Disclosures (Experts):</u> Currently, the last day for disclosures identifying experts is April 9, 2020. The proposed deadline date is **July 8, 2020.**

<u>Fed. R. Civ. Proc. 26(a)(2) Disclosures (Experts Rebuttal):</u> Currently, the last day for expert rebuttal disclosures is May 10, 2020. The proposed deadline date is **August 8, 2020.**

<u>Close of Discovery:</u> Currently, the close of discovery is June 9, 2020. The proposed cut-off date is **September 7, 2020**.

<u>Dispositive Motions:</u> Dispositive motions will be made no later than **October 7, 2020**, which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR26-1(b)(4) presumptively sets for filing dispositive motions.

<u>Pretrial Order:</u> The Joint Pretrial Order shall be filed by **November 7, 2020**, which is no later than thirty (30) days after the date set for the filing of dispositive motions.

*///*

*///*

*///*

*///*

*///*

| | | |
|---|---|---|
| 1 | <u>Interim Status Report:</u> The Parties filed the interim status report required by LR 26-3 on | |
| 2 | **November 10, 2019.** | |
| 3 | DATED this 19th day of March, 2020. | DATED this 19th day of March, 2020. |
| 4 | KOELLER, NEBEKER, CARLSON & HALUCK, LLP | GIBBS GIDEN |
| 5 | | |
| 6 | By: _/s/Andrew C. Green_<br>ANDREW C. GREEN, ESQ. | By: _/s/Steven Mack_<br>STEVEN MACK, ESQ. |
| 7 | Nevada Bar No. 9399<br>NATHANIEL T. COLLINS, ESQ. | Nevada Bar No. 4000<br>10777 W. Twain Ave., Third Floor |
| 8 | Nevada Bar. No. 15027<br>400 S. 4th Street, Suite 600 | Las Vegas, NV 89135<br>Attorneys for Plaintiffs, |
| 9 | Las Vegas, NV 89101<br>Attorneys for Defendant, | DARLENE CARTER and DAVID BIANCO |
| 10 | LIBERTY INSURANCE CORPORATION *erroneously sued as* | |
| 11 | LIBERTY MUTUAL INSURANCE and LIBERTY MUTUAL INSURANCE | |
| 12 | CORPORATION | |

**ORDER**

**IT IS SO ORDERED.**

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DATED: 3/20/2020

Respectfully Submitted by:

KOELLER, NEBEKER CARLSON
& HALUCK, LLP

By: _/s/Andrew C. Green_
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
NATHANIEL T. COLLINS, ESQ.
Nevada Bar No. 15027
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
LIBERTY INSURANCE CORPORATION
*erroneously sued as* LIBERTY MUTUAL
INSURANCE and LIBERTY MUTUAL
INSURANCE CORPORATION