ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
NATHANIEL T. COLLINS, ESQ.
Nevada Bar No. 15027
KOELLER NEBEKER CARLSON
& HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Nathaniel.collins@knchlaw.com*
Attorneys for Defendant,
LIBERTY INSURANCE CORPORATION
*erroneously sued as* LIBERTY MUTUAL INSURANCE
and LIBERTY MUTUAL INSURANCE CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE CARTER, an individual; and DAVID BIANCO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE, a foreign entity, LIBERTY INSURANCE CORPORATION, a foreign corporation, DOES I –X, ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | **CASE NO.: 2:19-cv-01779-APG-BNW**<br><br>**STIPULATION AND ORDER FOR SIXTY (60) DAY EXTENSION OF DATES WITHIN SCHEDULING ORDER**<br><br>**[THIRD REQUEST]** |

**COME NOW**, Defendant, LIBERTY INSURANCE CORPORATION *erroneously sued as* LIBERTY MUTUAL INSURANCE and LIBERTY MUTUAL INSURANCE CORPORATION (hereinafter also referred to as "Liberty Mutual" or "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiffs, DARLENE CARTER and DAVID BIANCO (hereinafter "Plaintiffs"), by and through their attorneys of record, Steven Mack, Esq., of GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP and hereby submit this joint stipulated request to extend the time for the remaining discovery deadlines by sixty (60) days.

As an initial matter, the parties specifically note for the Court the instant request to extend time and discovery is in direct response to impacts upon witness availability.

**A. Statement of Completed Discovery.**

The parties have performed initial disclosures of witnesses and documents as well as supplemental disclosures of documents that were obtained via subpoenas to non-parties. The Defendant served subpoenas for records from the Custodian of Records for non-parties Affordable Home Services d/b/a D Best Plumbing, Ariat Roofing, Inc., Belfor USA Group, Inc., City of Las Vegas Department of Building & Safety, DALLASWHITE Corporation, Desert Home Electric, Eco Electric, FieldAware, Innovation Group, Nevada Contractors Board, TLC Roof Services, and Williams Electric. Of the non-parties served with subpoenas, Affordable Home Services d/b/a D Best Plumbing, Belfor USA, City of Las Vegas Department of Building and Safety, DALLASWHITE Corporation, Desert Home Electric, Eco Electric, FieldAware, Innovation Group, TLC Roof Services, and Williams Electric have responded and provided documents. The parties subject to subpoenas requested extensions of time to respond to provide documents, resulting in delayed receipt of materials. All of the documents received in response to subpoenas have been produced to Plaintiffs.

Plaintiffs also served interrogatories and requests for production of documents, and responses have been served. Plaintiffs and Defendant have also retained litigation consultants; Plaintiffs have also served subpoenas on Innovative, Belfor and Dallaswhite. Plaintiffs have also conducted multiple depositions including Innovative representatives, Belfor representatives and has depositions set for Dallswhite and Liberty corporate representatives and Defendant's experts. Plaintiffs have also requested the depositions of Liberty Insurance Corporation employees, August Nardoni, Matt Degelormo, and Wanda Chambers.

**B. Statement of Discovery that Remains to be Completed.**

Depositions of Plaintiffs and litigation consultants are anticipated as well as the depositions set and yet to be held by Plaintiffs as referenced above. Entities involved with the observation, evaluation, restoration, and repair cost estimates may be deposed, although the number of such depositions may be reduced by the outcome of expert consulting and opinions.

Plaintiffs also anticipate deposition of party affiliates, including representative of the Nevada State Contractor's Board as well as the City of Las Vegas Inspector.

Further, it is anticipated that the experts will be updating their reports after the depositions are completed.

**C. Statement Supporting the Necessity of Extending Dates within the Scheduling Order.**

The extension of time is requested to accommodate both parties' adherence to guidance of the Center for Disease Control and the Court for implementation of restrictions to avoid spread and contraction of spread of COVID-19. The extension is also specifically necessary to accommodate rescheduling of depositions and discovery previously scheduled by Plaintiffs and allow for the scheduling of Plaintiffs and Plaintiffs' designated experts. In particular Plaintiffs have scheduled depositions for August Nardoni, Matt Degelormo, Wanda Chambers, and Liberty's Person Most Knowledgeable. These depositions have been delayed due to efforts to coordinate out-of-state depositions for remote appearance for the parties and attorneys to avoid travel. The additional time the parties jointly request herein is intended to accommodate the anticipated delay, but the parties nonetheless also note they are aware of some potential that additional delays and resulting requests for further extensions may precipitate if meeting/deposition restrictions and guidance for avoidance are also extended. Additionally, the extension of time allows for Defendant to request the depositions of Plaintiffs and Plaintiffs' designated experts.

**D. Proposed Revised Schedule**

With a sixty (60) day discovery extension of the remaining discovery deadlines, as well as the total time for discovery, the new discovery cut-off date will be **November 6, 2020.** The Parties propose to extend the remaining discovery deadlines in this case by sixty (60) days, and the resulting changes to the scheduling order will result in the following:

Close of Discovery: Currently, the close of discovery is September 7, 2020. The proposed cut-off date is **November 6, 2020**, although expert report updates could extend beyond this date depending on the completion of the depositions.

Dispositive Motions: Dispositive motions will be made no later than **December 6, 2020**, which does not exceed the outside limit of thirty (30) days following the

1  discovery cut-off date that LR26-1(b)(4) presumptively sets for filing dispositive
2  motions.
3  Pretrial Order: The Joint Pretrial Order shall be filed by **January 6, 2021**, which is no
4  later than thirty (30) days after the date set for the filing of dispositive motions.
5  Interim Status Report: The Parties filed the interim status report required by LR 26-3 on
6  **November 10, 2019.**

7  DATED this 25th day of August, 2020.    DATED this 25th day of August, 2020.

8  KOELLER, NEBEKER, CARLSON     GIBBS GIDEN LOCHER TURNER
   & HALUCK, LLP                             SENET & WITTBRODT LLP

9
By: ___/s/Andrew C. Green_____     By: ___/s/Steven Mack_____
10    ANDREW C. GREEN, ESQ.                 STEVEN MACK, ESQ.
   Nevada Bar No. 9399                              Nevada Bar No. 4000
11    NATHANIEL T. COLLINS, ESQ.       1140 N. Town Center Drive, Suite 300
   Nevada Bar. No. 15027                         Las Vegas, NV 89144
12    400 S. 4th Street, Suite 600                 Attorneys for Plaintiffs,
   Las Vegas, NV 89101                           DARLENE CARTER and DAVID
13    Attorneys for Defendant,                     BIANCO
   LIBERTY INSURANCE CORPORATION
14    *erroneously sued as* LIBERTY MUTUAL
   INSURANCE and LIBERTY MUTUAL
15    INSURANCE CORPORATION

16                                                                    **ORDER**

17     **IT IS SO ORDERED.**

18                                                                    UNITED STATES MAGISTRATE JUDGE

19                                                                    DATED: August 31, 2020

20 Respectfully Submitted by:

21 KOELLER, NEBEKER CARLSON
   & HALUCK, LLP
22
By: ___/s/Andrew C. Green_____
23    ANDREW C. GREEN, ESQ.
   Nevada Bar No. 9399
24    NATHANIEL T. COLLINS, ESQ.
   Nevada Bar No. 15027
25    400 S. 4th Street, Suite 600
   Las Vegas, NV 89101
26    Attorneys for Defendant,
   LIBERTY INSURANCE CORPORATION
27    *erroneously sued as* LIBERTY MUTUAL
   INSURANCE and LIBERTY MUTUAL
28    INSURANCE CORPORATION