Exhibit
"1"

Disclosure

1 | Steven Mack, Esq.
Nevada State Bar # 4000
2 | **GIBBS GIDEN LOCHER TURNER**
**SENET & WITTBRODT LLP**
3 | 1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
4 | (702) 836-9800

5 | Attorneys for Plaintiffs
DARLENE CARTER and DAVID
6 | BLANCO

7

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | DARLENE CARTER, an individual; and DAVID BLANCO, an individual,

Case No.:     2:19-cv-01779-APG-BNW

11

12 | Plaintiff,

v.

**PLAINTIFFS DARLENE CARTER AND DAVID BLANCO'S REBUTTAL EXPERT DISCLOSURE PURSUANT TO FRCP 26(A)(2)**

13 | LIBERTY MUTUAL INSURANCE, a foreign entity; DOES I-X; ROE CORPORATIONS I-X, inclusive,

14

15 | Defendants.

16 | Plaintiffs DARLENE CARTER and DAVID BLANCO ("Plaintiffs") by and through

17 | their attorney of record, Steven Mack, Esq., of the law firm of Gibbs Giden Locher Turner

18 | Senet & Wittbrodt LLP, hereby designates the following rebuttal expert witness pursuant to

19 | Federal Rules of Civil Procedure 26(a)(2).

20 |     1.    Lane Swainston CBO, CXLT
           Swainston Consulting Group
21 |            1541 Little Dove Court
           Henderson, NV 89014
22

23 |     Lane Swainston is a principal consultant and expert as to construction, engineering,

24 | standards, and repairs as well as the valuation thereof, and is expected to testify regarding

25 | those matters stated in his report, as well as any other related matters as such information is

26 | discovered or provided to Ms. Swainston and included in any additions, updates or revisions

27 | to the report produced herein.  Mr. Swainston's rebuttal expert report, is attached hereto as

28 | **Exhibit "A."**

*(left vertical margin)* GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

1

1    Plaintiffs reserve the right to amend the foregoing list of witnesses as discovery

2    continues and reserves the right to call any witness identified by the Defendants.  Plaintiff

3    also reserves the right to supplement this disclosure as allowed by the Federal Rules of Civil

4    Procedure.

5

6    DATED:  July 31, 2020            GIBBS GIDEN LOCHER TURNER
                                      SENET & WITTBRODT LLP
7

8
                                      By:    /s/ Steven Mack
9                                          Steven Mack, Esq.
                                           Nevada State Bar # 4000
10                                         1140 N. Town Center Drive, Suite 300
                                           Las Vegas, Nevada 89144
11                                         Attorneys for Plaintiffs
                                           DARLENE CARTER and DAVID BLANCO
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2384994.1

2

**CERTIFICATE OF MAILING**

The undersigned, an employee of the law firm of GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP, hereby certifies that on July 31, 2020, she  served a copy of the  foregoing  **PLAINTIFFS  DARLENE  CARTER  AND  DAVID  BLANCO'S REBUTTAL EXPERT DISCLOSURE PURSUANT TO FRCP 26(A)(2)** by electronic mail and by placing said copy in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope(s) addressed to:

| | |
|---|---|
| Andrew C. Green, Esq.<br>Nathaniel T. Collins, Esq.<br>KOELLER, NEBEKER, CARLSON &<br>HALUCK<br>400 S. Fourth Street, Suite 600<br>Las Vegas, Nevada 89101 | Attorneys for Defendants *LIBERTY MUTUAL INSURANCE*<br><br>Tel:   (702) 853-5500<br>Fax:   (702) 853-5599<br>Email: *nathaniel.collins@knchlaw.com*<br>Email: *andrew.green@knchlaw.com* |

An employee of
Gibbs Giden Locher Turner
Senet & Wittbrodt LLP

2384994.1

Steven Mack, Esq.
Nevada State Bar # 4000
**GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP**
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144-0596
(702) 836-9800

Attorneys for Plaintiffs
DARLENE CARTER and DAVID
BLANCO

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE CARTER, an individual; and DAVID BLANCO, an individual, | Case No.:  2:19-cv-01779-APG-BNW |
| Plaintiff, | **PLAINTIFFS THIRD SUPPLEMENTAL LIST OF WITNESSES AND PRODUCTION OF DOCUMENTS PURSUANT TO NRCP 16.1** |
| v. | |
| LIBERTY MUTUAL INSURANCE, a foreign entity; DOES I-X; ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiffs, DARLENE CARTER and DAVID BIANCO (hereinafter "Plaintiffs") by and through their attorneys of record, Steven Mack, Esq. of the law firm of Gibbs Giden Locher Turner Senet & Wittbrodt LLP, and hereby produce, or will produce where indicated, pursuant to NRCP 16.1, the following tangible things or documents that may be introduced into evidence; the identity of non-expert witnesses; and other mandatory NRCP 16.1 Disclosures.

## I.   LIST OF WITNESSES

1.   DARLENE CARTER
c/o Steven Mack, Esq.
Black & LoBello
10777 W. Twain Avenue, 3rd Floor
Las Vegas, NV 89135

///

///

**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**

1

2475737.1

1    This witness is expected to testify concerning the facts and circumstances surrounding

2    the incident which is the subject of the Complaint on file herein and the alleged damages.

3        2.    DAVID BIANCO
              c/o Steven Mack, Esq.
4             Black & LoBello
5             10777 W. Twain Avenue, 3rd Floor
              Las Vegas, NV 89135
6

7    This witness is expected to testify concerning the facts and circumstances surrounding

8    the incident which is the subject of the Complaint on file herein and the alleged damages.

9        3.    LANE SWAINSTON, PRINCIPAL CONSULTANT
10            SWAINSTON CONSULTING GROUP
              c/o Steven Mack, Esq.
11            Black & LoBello
              10777 W. Twain Avenue, 3rd Floor
12            Las Vegas, NV 89135
13

14   This witness is an expert witness, expected to testify to the status of the property, the

15   repairs necessary to the property, damage done or caused to the property by the contractors

16   work, failure to complete the work or by improper workmanship, damages caused by natural

17   events to the extent possible, the consequential damages caused to the property as a result of

18   the contractors failure to complete the work in a timely and proper manner, and any other

19   matters contained in the various reports and testimony by the witness about the facts which

20   are the subject of the Complaint on file herein as well as the expected repair costs and other

21   related damages.

22       4.    PERSON MOST KNOWLEDGABLE
              LIBERTY MUTUAL INSURANCE
23            c/o Andrew C. Green, Esq.
              Koeller, Nebeker, Carlson & Haluck, LLP
24            400 South 4th Street, Suite 600
25            Las Vegas, NV 89101

26   This witness is expected to testify concerning similar facts and circumstances

27   surrounding similar incidents and the incident and actions taken by Liberty which are the

28   subject of the Complaint on file herein.

2

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

5.   JAMIE LUCIDO
      INNOVATION GROUP
      1051 Perimeter Drive
      Suite 800
      Schaumburg, IL 60173
      888-840-4678

This witness is expected to testify concerning Innovation Group, their construction network, referral network and how they work with Liberty and what position they hold and ability to facilitate settlements on behalf of Liberty, and specifically as to the incidents which are the subject of the Complaint on file herein and the alleged damages.

6.   BYRON JOHNSON
      INNOVATION GROUP
      1051 Perimeter Drive
      Suite 800
      Schaumburg, IL 60173
      888-840-4678

This witness 1s expected to testify concerning similar facts and circumstances surrounding similar incidents and the incident and actions which Innovation Group took, which are the subject of the Complaint on file herein.

7.   PERSON MOST KNOWLEDGABLE
      DALLAS WHITE Property Restoration
      6135 Harrison Drive, Suite 8
      Las Vegas, NV 89120
      Corp. Office: (702) 478-6988

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

8.   FRANCISCO ESQUEDA
      BELFOR PROPERTY RESTORATION
      2915 Coleman Street
      North Las Vegas, NV 89032

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

///

3

2475737.1

9.      MATT DEGELORMO, Claims Manager
        Liberty Mutual Insurance
        c/o Andrew C. Green, Esq.
        Koeller, Nebeker, Carlson & Haluck, LLP
        400 South 4th Street, Suite 600
        Las Vegas, NV 89101

This witness is expected to testify concerning similar facts and circumstances surrounding similar incidents and the incident and actions taken by Liberty which are the subject of the Complaint on file herein.

10.     CASEY GHOBRIAL
        Liberty Mutual Insurance
        c/o Andrew C. Green, Esq.
        Koeller, Nebeker, Carlson & Haluck, LLP
        400 South 4th Street, Suite 600
        Las Vegas, NV 89101

This witness is expected to testify concerning similar facts and circumstances surrounding similar incidents and the incident and actions taken by Liberty which are the subject of the Complaint on file herein.

11.     AUGUST NARDO NI, Adjuster
        Liberty Mutual Insurance
        c/o Andrew C. Green, Esq.
        Koeller, Nebeker, Carlson & Haluck, LLP
        400 South 4th Street, Suite 600
        Las Vegas, NV 89101

This witness is expected to testify concerning similar facts and circumstances surrounding similar incidents and the incident and actions taken by Liberty which are the subject of the Complaint on file herein.

12.     TODD ROBERTS
        TLC ROOFING SERVICES
        3540 W. Sahara Ave., #E6-116
        Las Vegas, NV 89102
        Tel: 702-688-0244 direct line
        Off: 702-655-7663

///

///

4

2475737.1

1    This witness is expected to testify concerning the facts and circumstances surrounding

2    the incident which is the subject of the Complaint on file herein and the alleged damages.

3        13.    PERSON MOST KNOWLEDGEABLE
                ECCO ELECTRIC COMPANY
4               8022 South Rainbow Blvd., Suite 166
5               Las Vegas, NV 89139

6    This witness is expected to testify concerning the facts and circumstances surrounding

7    the incident which is the subject of the Complaint on file herein and the alleged damages.

8        14.    TYRA RUTLEDGE
                GUILD MORTGAGE
9               P.O. Box 85046
10              San Diego, CA 92186-5046
                Ph: 858-627-3622 Direct Line
11

12   This witness is expected to testify concerning the facts and circumstances surrounding

13   the incident which is the subject of the Complaint on file herein and the alleged damages.

14       15.    WANDA CHAMBERS
15              Liberty Mutual Insurance
                c/o Andrew C. Green, Esq.
16              Koeller, Nebeker, Carlson & Haluck, LLP
17              400 South 4th Street, Suite 600
                Las Vegas, NV 89101
18

19   This witness is expected to testify concerning the facts and circumstances surrounding

20   the incident which is the subject of the Complaint on file herein and the alleged damages.

21       16.    MICHAEL DIAZ
                Liberty Mutual Insurance
22              c/o Andrew C. Green, Esq.
23              Koeller, Nebeker, Carlson & Haluck, LLP
                400 South 4th Street, Suite 600
24              Las Vegas, NV 89101

25   This witness is expected to testify concerning the facts and circumstances surrounding

26   the incident which is the subject of the Complaint on file herein and the alleged damages.

27   ///

28   ///

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

5

17.   TYLER HOLLINGSWORTH
      Liberty Mutual Insurance
      c/o Andrew C. Green, Esq.
      Koeller, Nebeker, Carlson & Haluck, LLP
      400 South 4th Street, Suite 600
      Las Vegas, NV 89101

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

18.   BILLY GOOLD
      Liberty Mutual Insurance
      c/o Andrew C. Green, Esq.
      Koeller, Nebeker, Carlson & Haluck, LLP
      400 South 4th Street, Suite 600
      Las Vegas, NV 89101

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

19.   JASON MERCER
      Liberty Mutual Insurance
      c/o Andrew C. Green, Esq.
      Koeller, Nebeker, Carlson & Haluck, LLP
      400 South 4th Street, Suite 600
      Las Vegas, NV 89101

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

20.   PERSON MOST KNOWLEDGEABLE FOR
      INNOVATION GROUP
      1051 Perimeter Drive
      Schaumburg, IL 60173
      (888) 840-4678

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

21.   ANDREA PETREY
      INNOVATION GROUP
      1051 Perimeter Drive
      Schaumburg, IL 60173
      (888) 840-4678

2475737.1

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

22.   STEPHANIE FARMER
      INNOVATION GROUP
      1051 Perimeter Drive
      Schaumburg, IL 60173
      (888) 840-4678

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

23.   BRITTANY BISE
      INNOVATION GROUP
      1051 Perimeter Drive
      Schaumburg, IL 60173
      (888) 840-4678

This witness is expected to testify concerning the facts and circumstances surrounding the incident which is the subject of the Complaint on file herein and the alleged damages.

Plaintiffs identify and incorporate into their list of witnesses and any and all witnesses needed for rebuttal and/or impeachment.

Discovery is continuing and Plaintiffs reserve the right to supplement with the names of additional and/or percipient witnesses as they become known through the course of discovery. Plaintiffs further reserve the right to call any witnesses identified by any other party to this action.

Additionally, Plaintiffs reserve the right to identify experts at a later date.

## II.   LIST OF DOCUMENTS

Plaintiff makes the following disclosure of documents reasonably available and contemplated to be used in the instant action:

1.   Liberty Mutual First Date of Loss dated 4/30/16; bates stamped as PLT000001-PLT000007; attached hereto as Exhibit 1.

2.   Liberty Mutual Continued First Date of Loss dated 4/30/16; bates stamped as PLT000008-PLT000022; attached hereto as Exhibit 2.

7

2475737.1

3.     Liberty Mutual Communication - Claim Opened March 2017; bates stamped as PLT000023; attached hereto as Exhibit 3.

4.     Email from Stephanie Farmer Innovation Group dated 7/10/17; bates stamped as PLT000024-PLT000025; attached hereto as Exhibit 4.

5.     TCL Roof Services Proposal 7/10/17; bates stamped as PLT000026-PLT000027; attached hereto as Exhibit 5.

6.     Email for Liberty Mutual re: Damage and Loss dated 10/31/17; bates stamped as PLT000028-PLT000039; attached hereto as Exhibit 6.

7.     Liberty Mutual Letter dated 12/8/17 payment of covered damages; bates stamped as PLT000040; attached hereto as Exhibit 7.

8.     Email from Innovation Property dated May 7, 2018; bates stamped as PLT000041; attached hereto as Exhibit 8.

9.     Belfor Property Restoration Invoice dated 5/9/18; bates stamped as PLT000042-PLT000057; attached hereto as Exhibit 9.

10.     Insurance Payments 5/10/18; bates stamped as PLT000058-PLT000067; attached hereto as Exhibit 10.

11.     Email from David Bianco to Casey Gobrial dated 6/11/18; bates stamped as PLT000068-PLT000069; attached thereto as Exhibit 11.

12.     Email from Casey Gobrial Liberty Mutual Claim Opened dated 6/20/18; bates stamped as PLT000070; attached hereto as Exhibit 12.

13.     Email from Matt Degelormo to David Bianco dated 6/20/18; bates stamped as PLT000071-PLT000072; attached hereto as Exhibit 13.

14.     Email from August Nardoni re: Roofer Inspection dated 6/28/18; bates stamped as PLT000073; attached hereto as Exhibit 14.

15.     Email from August Nardoni re: Inspection dated 7/13/18; bates stamped as PLT000074-PLT000075; attached hereto as Exhibit 15.

16.     Email to M. Degelormo re: Ins. Payments 12/12/18; bates stamped as PLT000076-PLT000078; attached hereto as Exhibit 16.

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

1        17.    Appointment of Contractors Board – Ron Simon 1/17/19; bates stamped as

2  PLT000079-PLT000083; attached hereto as Exhibit 17.

3        18.    Email Chain from 11/29/18 – 1/23/19 re: wind damage claim; bates stamped as

4  PLT000084-PLT000101; attached hereto as Exhibit 18.

5        19.    Email Chain M. Degelormo re: Loss 1/31/19; bates stamped as PLT000102-

6  PLT000123; attached hereto as Exhibit 19.

7        20.    Email re: Pictures and Conditions of Damages 03/04/19; bates stamped as

8  PLT000124-PLT000132; attached hereto as Exhibit 20.

9        21.    NV Division of Insurance Complaint 3/14/19; bates stamped as PLT000133-

10  PLT000135; attached hereto as Exhibit 21.

11        22.    NV Division of Insurance Response to Complaint 4/18/19; bates stamped as

12  PLT000136-PLT000168; attached hereto as Exhibit 22.

13        23.    Belfor Restoration Demand for Payment dated 4/18/19; bates stamped as

14  PLT000169-PLT000175; attached hereto as Exhibit 23.

15        24.    Black & Lobello Response Letter to Belfor Demand dated 4/18/19; bates

16  stamped as PLT000176-PLT000177; attached hereto as Exhibit 24.

17        25.    Black & Lobello Response to 4/18/19 Response from Ins. Division 4/23/19;

18  bates stamped as PLT000178-PLT000181; attached hereto as Exhibit 25.

19        26.    NV State Contractors Board re: Belfor Complaint 4/25/19; bates stamped as

20  PLT000182-PLT000184; attached hereto as Exhibit 26.

21        27.    Communication with Liberty Mutual; bates stamped as PLT000185-

22  PLT000189; attached hereto as Exhibit 27.

23        28.    Dallas White – Payments; bates stamped as PLT000190-PLT0002202; attached

24  hereto as Exhibit 28.

25        29.    Photos – Construction; bates stamped as PLT000203-PLT000217; attached

26  hereto as Exhibit 29.

27        30.    Photos – Interior Water Damage; bates stamped as PLT000218-PLT000327;

28  attached hereto as Exhibit 30.

2475737.1

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

31.    Photos – Personal Items Damaged; bates stamped as PLT000328-PLT000349; attached hereto as Exhibit 31.

32.    Photos – Roof & Exterior Damage; bates stamped as PLT000350-PLT000499; attached hereto as Exhibit 32.

33.    Purchases for Replacement; bates stamped as PLT000500-PLT000526; attached hereto as Exhibit 33.

34.    Swainston Report dated 9/13/19; bates stamped as PLT000527-PLT000529; attached hereto as Exhibit 34.

35.    Swainston Drone Photos; bates stamped as PLT000530; attached hereto as Exhibit 35.

36.    Swainston Drone Videos; bates stamped as PLT000531; attached hereto as Exhibit 36.

37.    Swainston Sony Photos; bates stamped as PLT000532; attached hereto as Exhibit 37.

38.    IPN Contractor Workmanship Warranty; bates stamped as PLT000533-PLT000534; attached hereto as Exhibit 38.

39.    Liberty Mutual Ins. – Policy Period 2016-2017; bates stamped as PLT000535-PLT000553; attached hereto as Exhibit 39.

40.    Liberty Mutual Ins. – Policy Period 2017-2018; bates stamped as PLT000554-PLT000561; attached hereto as Exhibit 40.

41.    Liberty Mutual Ins. – Policy Period 2018-2019; bates stamped as PLT000562-PLT000570; attached hereto as Exhibit 41.

42.    Guild Mortgage Statement – 04/29/2016; bates stamped as PLT000571-PLT000574; attached hereto as Exhibit 42.

43.    Guild Mortgage Statement – 01/16/2020; bates stamped as PLT000575-PLT000578; attached hereto as Exhibit 43.

44.    Various Documents; bates stamped as PLT000579-PLT000756; attached hereto as Exhibit 44.

2475737.1

45. Swainston Consulting Group Current Rate Sheet; bates stamped as PLT000757; attached hereto as Exhibit 45.

46. Estimate; bates stamped as PLT000758; attached hereto as Exhibit 46.

47. Lane Swainston List of Testimony; bates stamped as PLT000759-PLT000767; attached hereto as Exhibit 47.

48. Lane Swainston CV; bates stamped as PLT000768-PLT000772; attached hereto as Exhibit 48.

49. Liberty Mutual and Innovation Property; bates stamped as PLT000773-PLT000774; attached hereto as Exhibit 49.

50. Swainston Consulting Group Supplemental Report; bates stamped as PLT000775-PLT000790; attached hereto as Exhibit 50.

51. SKM; bates stamped as PLT000791-PLT000792; attached hereto as Exhibit 51.

52. **Mold Inspection Report; bates stamped as PLT000793-PLT000819; attached hereto as Exhibit 52.**

53. **Lab Results; bates stamped as PLT000820-PLT000832; attached hereto as Exhibit 53.**

54. **JoAnna Moore Supplemental Expert Report; bates stamped as PLT000833-PLT000839; attached hereto as Exhibit 54.**

III. **RESERVATION OF RIGHTS**

Plaintiff reserves the right to amend or supplement these disclosures by Fed. R. Civ. P. 26(e) and to object to the admissibility of any document or statement in these disclosures or in Defendants' initial disclosures on all bases pursuant to the Federal Rules of Civil Procedure, Federal Rules of Evidence, Local Rules, and governing law.

IV. **CALCULATION OF ANTICIPATED DAMAGES**

Plaintiffs Computation of their estimated damages is based upon the calculations and testimony made by the Plaintiffs Expert Lane Swainston and is currently $232.449.80. The exact calculation of the damages is more detailed in document PLT000758. The calculations

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

2475737.1

include repairs to the home of the Plaintiffs and are calculated and broken out as follow:

Roof repair $25.000, Carpentry $7,000, Paint and Drywall (interior) $34,000, Paint (exterior) $4,000, Asbestos and Mold abatement $36,000, Interior trim and doors $18,000, windows $9,000, barbeque $4,000, contents damages $12,000, general conditions and overhead/profit $53,618 and contingency of 10% $21,131.

In addition to these special damages as calculated above, Plaintiffs are entitled to punitive damages for the bad faith insurance claim and breach of the covenant of good faith and fair dealing from the Defendant in dealing with the Plaintiffs claims and treatment thereof.

## V.    **CERTIFICATION**

The undersigned certifies that to the best of his knowledge, information and belief, which has been formed after reasonable injury under the circumstances, this disclosure is complete and correct at the time it was being made.

DATED:  January 25, 2021

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP

By:_____
Steven Mack, Esq.
Nevada State Bar # 4000
1140 N. Town Center Drive, Suite 300
Las Vegas, Nevada 89144
Attorneys for Plaintiffs
DARLENE CARTER and DAVID BLANCO

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

2475737.1

12

**CERTIFICATE OF MAILING**

The undersigned, an employee of the law firm of GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP, hereby certifies that on January 25, 2021, she  served a copy of the foregoing **PLAINTIFFS THIRD SUPPLEMENTAL LIST OF WITNESSES AND PRODUCTION OF DOCUMENTS PURSUANT TO NRCP 16.1** by e-mail and by placing said copy in an envelope, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope(s) addressed to:

Andrew C. Green, Esq.
Nathaniel T. Collins, Esq.
KOELLER, NEBEKER, CARLSON &
HALUCK
400 S. Fourth Street, Suite 600
Las Vegas, Nevada 89101

Attorneys for Defendants *LIBERTY MUTUAL INSURANCE*

Tel:    (702) 853-5500
Fax:    (702) 853-5599
Email: *nathaniel.collins@knchlaw.com*
Email: *andrew.green@knchlaw.com*

An employee of
Gibbs Giden Locher Turner
Senet & Wittbrodt LLP

2475737.1