# Exhibit "4"

# Bianco Deposition Transcript Excerpt

```
 1                UNITED STATES DISTRICT COURT

 2                      DISTRICT OF NEVADA

 3

 4

 5   DARLENE CARTER, an individual;)
     and DAVID BIANCO, an          )
 6   individual,                   )
                                   )
 7                  Plaintiffs,    )
                                   )
 8             vs.                 ) Case No.
                                   ) 2:19-CV-01779
 9                                 ) APG-BNW
     LIBERTY MUTUAL INSURANCE, a   )
10   foreign entity; LIBERTY       ) VOLUME II
     INSURANCE CORPORATION, et al.,)
11                                 )
                    Defendants.    )
12   _____)

13

14

15      VIDEOCONFERENCE DEPOSITION OF DAVID BIANCO

16              TUESDAY, JANUARY 12, 2021

17

18

19

20

21

22

23

24   REPORTED BY:  KATHERINE M. SILVA, CCR #203
     JOB NO:  707323
25
```

DAVID BIANCO - 01/12/2021

Page 14

1 repair trades that came in before, the effect
2 would be that the Contractors Board would not
3 hold those earlier repair trades responsible; is
4 that correct?
5     MR. MACK: Object to form.
6     THE WITNESS: That's what I was told by
7 the Contractors Board.
8     Q. (BY MR. GREEN) And do you agree with
9 the way I described it?
10    A. I do.
11    Q. For --
12    In our last discussion, you explained
13 to me the issues and problems you were having
14 with Dallaswhite and that they were eventually
15 terminated.
16    Was there a reason that you did not
17 terminate Dallaswhite earlier?
18    A. No. Because I was going by Liberty
19 Mutual. They were the ones that had to make the
20 decision, I mean, to terminate them because I
21 called -- we called a few times and we were just
22 working something with them to get my house
23 fixed. That's all I wanted was to get my house
24 fixed and that's why. So they are the ones
25 that -- they are the ones that terminated it.

Page 15

1     Q. And what you said there, it sounds like
2 your understanding was it was Liberty that
3 terminated Dallaswhite.
4     Do I understand that correctly?
5     A. Correct, because when I called, I was
6 concerned about their work performance.
7     Q. And in terms of why you did not fire
8 Dallaswhite sooner is because you believe that
9 you could not because you were required to use
10 Dallaswhite?
11    A. Correct. That's what I was -- I was
12 referred by Liberty Mutual. They are the ones
13 that send them to my house.
14    Q. And in terms of the referral that you
15 mentioned there, what was the name of the person
16 that made that referral?
17    A. The person that made the referral at
18 the time? I don't have the -- I don't remember,
19 but I'm sure I have the notes on that. It's been
20 a while so I just don't remember which person was
21 the -- we were dealing with two people I believe
22 at the time, I mean, so I don't remember.
23    Q. I didn't mean to interrupt, I'm sorry.
24    A. I just don't want to give you the wrong
25 name or the wrong answer because I just don't

Page 16

1 have it memorized.
2     Q. The notes you are referring to, those
3 are Ms. Carter's notes again?
4     A. Yes, sir.
5     Q. Do you believe it's possible that the
6 person that actually made statements to the
7 effect that they were referring you to
8 Dallaswhite was someone from Innovation?
9     A. The ones that recommend Dallaswhite?
10    Q. Do you believe that it's possible that
11 those people were from Innovation?
12    A. I don't know because we -- I talked to
13 Innovation maybe one or two times maybe, and just
14 don't believe I have the answer. My wife is the
15 one who spoke to them. I don't know the answer
16 to that one.
17    Q. Is it more correct to say you don't
18 know who referred Dallaswhite?
19    A. I know it was Liberty Mutual that
20 referred them. I just don't know the name of the
21 person who did from the office.
22    Q. When was that referral made?
23    A. When was that referral made? I don't
24 have the date. I'm sure I have the notes from my
25 wife, she took the notes.

Page 17

1     Q. And is it correct to say that -- well,
2 let me ask you this.
3     A. Yes.
4     Q. Were you part of the conversation
5 wherein there was a referral by Liberty Mutual?
6     A. I don't remember. I don't think so.
7     Q. Is it correct to say that you believe
8 that someone from Liberty Mutual referred
9 Dallaswhite, but you are not able to say when
10 that occurred or who made that statement or
11 whether it was written down?
12    A. Yes, sir. But I do -- we do have the
13 notes and -- my wife has got the notes. She's
14 the one that takes the notes.
15    Q. Do you specifically know if that
16 information is in those notes?
17    A. I'm not a hundred percent sure, but I'm
18 sure those notes -- my wife is very specific when
19 she takes notes.
20    Q. If Ms. Carter gave testimony to the
21 effect that she believed that the referral was
22 delivered by Innovation, it sounds like you have
23 no reason to dispute that; is that true?
24    A. I couldn't answer that -- that
25 question.