# Exhibit "5"

# Carter Deposition Transcript Excerpt

```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF NEVADA

 3   DARLENE CARTER, an individual;
     and DAVID BIANCO, an individual,
 4
                         Plaintiffs,
 5
     vs.                              Case No. 2:19-cv-01799-APG-BNW
 6
     LIBERTY MUTUAL INSURANCE, a
 7   foreign entity, LIBERTY
     INSURANCE CORPORATION, a foreign
 8   corporation, DOES I-X, ROE
     CORPORATIONS I-X, inclusive,
 9
                         Defendants.
10   _____

11
             DEPOSITION BY VIDEOCONFERENCE OF DARLENE CARTER
12

13

14                       December 21, 2020
                             9:15 a.m.
15

16

17

18

19

20

21

22
     Reported by:
23   Joanne C. Williams, RPR, CR, NV CCR No. 899

24   Job No. 703132

25
```

Page 114

1  thought about it before I asked?
2        MR. MACK: Form.
3        THE WITNESS: It's because here again a warranty
4  is something that's complete.
5  BY MR. GREEN:
6     Q.  And I think what you're saying is the reason you
7  would not ask now is because you don't believe that there
8  would be a valid warranty request because they did not
9  finish any work?
10    A.  That's correct.
11    Q.  But it sounds like before I had asked, that's
12 not something that you thought of doing. Is that a fair
13 statement?
14       MR. MACK: Form.
15       THE WITNESS: I'm not sure.
16 BY MR. GREEN:
17    Q.  Now, did anyone from Liberty say to you that you
18 were required to use any of Dallas White, Innovation or
19 Belfor?
20    A.  They're the ones that -- yes. They're the ones
21 that say we have -- we have a contractor for you. You
22 can go with them. They recommended them.
23    Q.  Okay. So your understanding is that Liberty
24 made a recommendation; is that right?
25    A.  Yes.

Page 115

1     Q.  And obviously I'm asking something different,
2  which is did anyone from Liberty say that you were
3  required to use any of Innovation, Dallas White or
4  Belfor? Was there a statement like that from Liberty?
5     A.  I can't remember.
6     Q.  And the recommendation, that's what we talked
7  about before that you had understood Ms. Chambers to say;
8  is that right?
9     A.  That would be correct, with Innovation
10 Properties.
11    Q.  Did you have any discussion with anyone about
12 Innovation -- about why they were, as you understood,
13 recommending Dallas White?
14    A.  No.
15    Q.  Did anyone from Innovation say anything about
16 why they were recommending Dallas White or Belfor?
17    A.  No.
18    Q.  Obviously now there have been other people who
19 have come and worked on your home. Have any of them said
20 anything about the work by Dallas White or Belfor?
21    A.  No.
22    Q.  Have you had any conversations with Lane
23 Swainston?
24    A.  Yes.
25    Q.  When was the last time you spoke with

Page 116

1  Mr. Swainston?
2     A.  Probably about a month ago.
3     Q.  What did you discuss with Mr. Swainston at that
4  time?
5     A.  I -- he was just here to take some pictures,
6  some photos of the home.
7     Q.  Did you talk to him about the home at all?
8     A.  Regarding what?
9     Q.  Anything.
10    A.  Damages to the home, yes.
11    Q.  What did you discuss with Mr. Swainston about
12 damages to the home?
13    A.  From inside of the house, leakage, mold, talked
14 about the roof. We talked about the patio, basically
15 everything that's been damaged.
16    Q.  What did Mr. Swainston say to you about those
17 things?
18    A.  He didn't comment too much at the time. He
19 just -- he was -- he came in and did his job is what he
20 did, took photos, him and a young lady. And that was it.
21 He didn't comment a lot to me at that point in time.
22    Q.  Did Mr. Swainston ask you any questions?
23    A.  Yeah. He asked me when it started, how long
24 ago, how long it had been.
25    Q.  And he asked that about each of those issues for

Page 117

1  leakage, mold, the roof and the patio?
2     A.  Yes.
3     Q.  What did you tell him?
4     A.  I let him know the timeline as far as when the
5  damage started or when everything had occurred. Let's
6  start from inside the house. My walk-through with him
7  was -- at first we came into the master bath. And I
8  showed him at the time the windows that was destroyed,
9  leaked, walls, roofing, drippage, bubbles of water,
10 damage into the master shower, bath area, underneath the
11 sinks black mold, mold, a mold smell. So I have had
12 extensive damage done to the master bathroom and then
13 also the shower.
14       So then we walk into the master bedroom. And I
15 showed him the shutters, the same with the -- both sets
16 of shutters, shutters in master bath and also -- let me
17 turn this around -- and also the master bedroom, the
18 shutters, the walls and ceilings, water damage, also the
19 floor.
20       My -- I have French doors going into the master
21 bedroom. All the -- around the whole entire door has
22 come apart and then damaged the floor. I just walked him
23 through the areas. Electrical -- I have had electrical
24 drippage through the ceiling, through my chandelier in
25 the living room and spotlighting and also the walls, the