Exhibit
"6"

Cover Letter

**Liberty Mutual**

*Handwritten:* First DAte: of Loss (insurance claim
4/30/2016"
continue loss due
to not repaired
as of
8/30/2018
DC

Centralized Catastrophe Unit
PO Box 1053
Montgomeryville, PA 18936-1053
Office: (866) 823-9636   Fax: (866) 550-8777
IASupplements@libertymutual.com

| | |
|---|---|
| Insured: | DARLENE CARTER |
| Property: | 9108 DRIFTWOOD COVE CT |
| | LAS VEGAS, NV 89117-2465 |
| Home: | 9108 DRIFTWOOD COVE CT |
| | LAS VEGAS, NV 89117-2465 |

| | |
|---|---|
| Cell: | (702) 875-2907 |
| Home: | (702) 562-1753 |
| E-mail: | darlenecarter@me.com |

| | |
|---|---|
| Claimant: | CARTER, DARLENE |
| Home: | 9108 DRIFTWOOD COVE CT |
| | LAS VEGAS, NV 89117-2465 |

Cell:   (702) 875-1220

Estimator:   Billy Goold

Business:   (972) 808-4191

*Handwritten:* High Winds

Claim Number: 033687736-01     Policy Number: H3726855370240     Type of Loss: Water

| Coverage | Deductible | Estimate Summary (before deductions) |
|---|---|---|
| Dwelling | $1,000.00 | $8,827.41 |
| **TOTALS** | | $8,827.41 |

| | |
|---|---|
| Date Contacted: | 5/4/2016 |
| Date of Loss: | 4/30/2016 |
| Date Inspected: | 5/16/2016 |
| Date Est. Completed: | 7/14/2016 3:20 PM |
| Price List: | NVLV8X_MAY16 |

In the following pages, you will find the estimated cost of covered repairs to your property.

*For Dwelling and/or Other Structure items*: The estimated cost of covered repairs to your home is calculated using current local prices that are usual and customary. This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.

Your current mortgage company may be listed as the payee on payment(s) for the covered repairs to your home. If so, you will need to contact your mortgage company to determine their procedures for processing claims payments. The mortgage company will not be listed on payments for your personal property.

We encourage you to work with a contractor of your choice in completing the repairs to your home. If you or your contractor has any questions or concerns about this estimate, please contact me at the number shown above. It is important to call us with questions prior to beginning repairs, as any changes in the scope of damages or pricing must be pre-approved by Liberty Mutual Insurance.

*For Personal Property items:* Prices are calculated utilizing like, kind and quality goods, less any applicable depreciation, policy limits, or other adjustments as outlined in the estimate. For your convenience, we can refer you to vendors who may be able to directly replace many of your lost and/or damaged items.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Liberty Mutual Insurance. We appreciate your business.

PLT000001