UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE CARTER and DAVID BIANCO,<br><br>Plaintiffs<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE,<br><br>Defendants | Case No.: 2:19-cv-01779-APG-BNW<br><br>**Order** |

More than 30 days have passed since I issued a ruling on summary judgment. ECF No. 35. The proposed joint pretrial order is now overdue. ECF No. 29 at 5.

I THEREFORE ORDER that the parties shall file the proposed joint pretrial order by March 11, 2022. The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

DATED this 22nd day of February, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE